**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Lee M. Hayes | Social Security number or ITIN   xxx–xx–1668 |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | Sonja A. Hayes | Social Security number or ITIN   xxx–xx–8308 |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 12–28918–KCF | |

## Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Lee M. Hayes

Sonja A. Hayes
aka Sonya A. Hayes

1/5/18

**By the court:** Kathryn C. Ferguson
United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

```
                              United States Bankruptcy Court
                                  District of New Jersey

In re:                                                               Case No. 12-28918-KCF
Lee M. Hayes                                                         Chapter 13
Sonja A. Hayes
        Debtors                       CERTIFICATE OF NOTICE
District/off: 0312-3          User: admin                  Page 1 of 2               Date Rcvd: Jan 05, 2018
                              Form ID: 3180W               Total Noticed: 54


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 07, 2018.
db/jdb         +Lee M. Hayes,    Sonja A. Hayes,    37 Sassafras Drive,    Lumberton, NJ 08048-4261
cr              ECAST Settlement Corporation,    PO Box 28136,    New York, NY 10087-8136
513507352      +CAPITAL ONE BANK (USA), N.A.,    PO Box 12907,    Norfolk VA 23541-0907
513508562      +CAPITAL ONE, N.A.,    PO Box 12907,    Norfolk VA 23541-0907
513320267       FIA CARD SERVICES, N.A.,    4161 Piedmont Parkway,    NC4 105 03 14,    Greensboro, NC 27410
513245106      +M and T Bank Lending Svcs,    PO Box 1288,    Baltimore, MD 21203-1288
516035580       M&T Bank,    POB 8403,    Buffalo, NY 14240-0840
515263196       Navient Solutions,    POB 9640,    Wilkes-Barre, PA 18773-9640
516393004       Navinet,    POB 9640,    Wilkes-Barre, PA 18773-9640
515282094       U. S. Department of Eudcation,    FedLoan Servicing,    P. O. Box 69184,
                 Harrisburg, PA 17106-9184
513245116       USDE Direct Loans,    PO Box 5609,    Greenville, TX 75403-5609

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jan 05 2018 23:03:03      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jan 05 2018 23:02:59      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
513476907      +EDI: OPHSUBSID.COM Jan 05 2018 22:58:00      AZUREA I, LLC,    C O WEINSTEIN AND RILEY, PS,
                 2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
513633002      +EDI: OPHSUBSID.COM Jan 05 2018 22:58:00      Azurea I, LLC,    c/o Weinstein & Riley, P.S.,
                 2001 Western Ave., Ste. 400,    Seattle, WA 98121-3132
513245095       EDI: BANKAMER.COM Jan 05 2018 22:58:00      Bank of America,    PO Box 982238,
                 El Paso, TX 79998
513245096      +EDI: TSYS2.COM Jan 05 2018 22:58:00      Barclay Bank DE,    125 S West Street,
                 Wilmington, DE 19801-5014
513245097       EDI: HFC.COM Jan 05 2018 22:58:00      Boscovs,    PO Box PO Box 5893,
                 Carol Stream, IL 60197-5893
513245099      +EDI: CAPITALONE Jan 05 2018 22:58:00      Capital One Bank,    PO Box 30281,
                 Salt Lake City, UT 84130-0281
513498629       EDI: BL-BECKET.COM Jan 05 2018 22:58:00      Capital One NA,    c/o Becket and Lee LLP,
                 POB 3001,    Malvern PA 19355-0701
513298380      +EDI: BASSASSOC.COM Jan 05 2018 22:58:00      Capital One, N.A.,    Bass & Associates, P.C.,
                 3936 E. Ft. Lowell Rd., Suite #200,    Tucson, AZ 85712-1083
513245100       EDI: CHASE.COM Jan 05 2018 22:58:00      Chase Bank,    PO Box 15298,    Wilmington, DE 19850-5298
513612782      +E-mail/Text: bncmail@w-legal.com Jan 05 2018 23:03:11      Cheswold (Ophrys), LLC,
                 c/o Weinstein & Riley, P.S.,    2001 Western Ave., Ste. 400,    Seattle, WA 98121-3132
513245101       EDI: DISCOVER.COM Jan 05 2018 22:58:00      Discover Financial,    PO Box 30943,
                 Salt Lake City, UT 84130
513272101      +EDI: TSYS2.COM Jan 05 2018 22:58:00      Department Stores National Bank/Macy's,
                 Bankruptcy Processing,    Po Box 8053,    Mason, OH 45040-8053
513264034       EDI: DISCOVER.COM Jan 05 2018 22:58:00      Discover Bank,    DB Servicing Corporation,
                 PO Box 3025,    New Albany, OH 43054-3025
513245102       EDI: RMSC.COM Jan 05 2018 22:58:00      GDCRB GE Capital,    PO Box 965036,
                 Orlando, FL 32896-5036
513299407       EDI: RMSC.COM Jan 05 2018 22:58:00      GE Capital Retail Bank,    Attn: Bankruptcy Department,
                 PO Box 960061,    Orlando FL 32896-0661
513245103       EDI: RMSC.COM Jan 05 2018 22:58:00      GECRB JC Penney,    PO Box 965009,
                 Orlando, FL 32896-5009
513245104       EDI: RMSC.COM Jan 05 2018 22:58:00      GECRB Walmart,    PO Box 965024,    Orlando, FL 32896-5024
513245098      +EDI: CAPITALONE.COM Jan 05 2018 22:58:00      HSBC Capital One,    PO Box 5253,
                 Carol Stream, IL 60197-5253
513245105      +EDI: CBSKOHLS.COM Jan 05 2018 22:58:00      Kohls Chase,    N56 W 17000 Ridgewood Dr,
                 Menomonee Falls, WI 53051-7096
513364124       E-mail/Text: camanagement@mtb.com Jan 05 2018 23:02:51      M&T Bank,    P.O. Box 1288,
                 Buffalo, NY 14240-1288
513245107      +EDI: TSYS2.COM Jan 05 2018 22:58:00      Macys DSNB,    9111 Duke Blvd,    Mason, OH 45040-8999
513482963       EDI: MERRICKBANK.COM Jan 05 2018 22:58:00      Merrick Bank,    Resurgent Capital Services,
                 PO Box 10368,    Greenville, SC 29603-0368
513245108      +EDI: MERRICKBANK.COM Jan 05 2018 22:58:00      Merrick Bank,    PO Box 9201,
                 Old Bethpage, NY 11804-9001
513245109      +EDI: BLUESTEM Jan 05 2018 22:58:00      Metabank Fingerhut,    6250 Ridgewood Road,
                 Saint Cloud, MN 56303-0820
513245110       E-mail/Text: maureen@MHMUA.COM Jan 05 2018 23:03:59      Mount Holly MUA,    29-37 Washington St,
                 P.O. Box 486,    Mt. Holly,NJ 08060-0486
513245111       EDI: HFC.COM Jan 05 2018 22:58:00      Orchard Bank HSBC,    PO Box 80084,
                 Salinas, CA 93912-0084
513533847       EDI: PRA.COM Jan 05 2018 22:58:00      Portfolio Recovery Associates, LLC,    c/o Capital One, Na,
                 POB 41067,    Norfolk VA 23541
513532380       EDI: PRA.COM Jan 05 2018 22:58:00      Portfolio Recovery Associates, LLC,
                 c/o Chase Bank Usa, N.a.,    POB 41067,    Norfolk VA 23541
```

```
District/off: 0312-3          User: admin              Page 2 of 2                  Date Rcvd: Jan 05, 2018
                              Form ID: 3180W           Total Noticed: 54

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
513532950      EDI: PRA.COM Jan 05 2018 22:58:00      Portfolio Recovery Associates, LLC,    c/o Jc Penney,
                 PO Box 41067,    Norfolk VA 23541
513490386      EDI: PRA.COM Jan 05 2018 22:58:00      Portfolio Recovery Associates, LLC,    c/o Shell,
                 PO Box 41067,    Norfolk VA 23541
513533059      EDI: PRA.COM Jan 05 2018 22:58:00      Portfolio Recovery Associates, LLC,    c/o Wal-mart,
                 POB 41067,    Norfolk VA 23541
513882116     +EDI: PRA.COM Jan 05 2018 22:58:00      PRA Receivables Management, LLC,    POB 41067,
                 Norfolk, VA 23541,    PRA Receivables Management, LLC,    POB 41067,    Norfolk, VA 23541-1067
513882115     +EDI: PRA.COM Jan 05 2018 22:58:00      PRA Receivables Management, LLC,    POB 41067,
                 Norfolk, VA 23541-1067
513515420     +EDI: NAVIENTFKASMSERV.COM Jan 05 2018 22:58:00      SLM PC Trust,    C/O Sallie Mae, Inc.,
                 220 Lasley Ave.,    Wilkes-Barre, PA 18706-1430
513245112      EDI: NAVIENTFKASMSERV.COM Jan 05 2018 22:58:00      Sallie Mae,    PO Box 9500,
                 Wilkes Barre, PA 18773-9500
513245113      EDI: SEARS.COM Jan 05 2018 22:58:00      Sears CBSD,    PO Box 6283,    Sioux Falls, SD 57117-6283
513245114     +EDI: CITICORP.COM Jan 05 2018 22:58:00      Shell Citibank,    PO Box 6497,
                 Sioux Falls, SD 57117-6497
513270775     +E-mail/Text: bncmail@w-legal.com Jan 05 2018 23:03:11      TARGET NATIONAL BANK,
                 C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
513245115     +EDI: WTRRNBANK.COM Jan 05 2018 22:58:00      Target National Bank,    PO Box 673,
                 Minneapolis, MN 55440-0673
513720245      EDI: ECAST.COM Jan 05 2018 22:58:00      eCAST Settlement Corporation,    POB 29262,
                 New York NY 10087-9262
513855439     +EDI: BASSASSOC.COM Jan 05 2018 22:58:00      eCAST Settlement Corporation,
                 c/o Bass & Associates, P.C.,    3936 E Ft. Lowell, Suite 200,    Tucson, AZ 85712-1083
                                                                                               TOTAL: 43

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*          +Azurea I, LLC,    c/o Weinstein & Riley, P.S.,    2001 Western Avenue, Ste. 400,
                 Seattle, WA 98121-3132
cr*          +Cheswold (Ophrys), LLC,    c/o Weinstein & Riley, P.S.,    2001 Western Ave., Ste. 400,
                 Seattle, WA 98121-3132
                                                                                            TOTALS: 0, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 07, 2018                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 5, 2018 at the address(es) listed below:
              Albert   Russo    docs@russotrustee.com
              Albert   Russo (NA)    on behalf of Trustee Albert   Russo docs@russotrustee.com
              Alexandra T. Garcia    on behalf of Creditor    M&T Bank NJECFMAIL@mwc-law.com
              Brian C. Nicholas    on behalf of Creditor    M&T Bank bnicholas@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Denise E. Carlon    on behalf of Creditor    M&T Bank bankruptcynotice@zuckergoldberg.com,
               bkgroup@kmllawgroup.com
              Joshua I. Goldman    on behalf of Creditor    M&T Bank jgoldman@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Rebecca Ann Solarz    on behalf of Creditor    M&T Bank rsolarz@kmllawgroup.com
              Steven N. Taieb    on behalf of Joint Debtor Sonja A. Hayes staieb@comcast.net
              Steven N. Taieb    on behalf of Debtor Lee M. Hayes staieb@comcast.net
                                                                                             TOTAL: 9
```